IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:22-CV-151-FL

EXCLUSIVE JETS, LLC,

    Plaintiff,

v.

A1 AVIATION, LLC,

    Defendant.

**ORDER ON DEFENDANT A1 AVIATION LLC'S MOTION TO SEAL**

  THIS CAUSE came before the undersigned upon the Defendant/Counterclaim-Plaintiff, A1 Aviation, LLC's ("A1 Aviation") Motion to Seal pursuant to Local Rule 79.2; and

  It appearing to the Court that A1 Aviation seeks to comply with the Court's Order for Seizure (Doc No. 29) and is seeking prior court approval before transferring ownership interest of the Aircraft at issue; and

  It appearing to the Court that A1 Aviation has entered into an Aircraft Purchase Agreement ("APA") with a third-party buyer that contains a confidentiality clause; and

  It appearing to the Court that the APA is a business record that contains sensitive business information that if made public could adversely affect A1 Aviation and the third-party buyer; and

  It appearing to the Court that if the APA was not sealed, A1 Aviation would be forced to breach the APA and potentially jeopardize the transaction; and

  It appearing to the Court that A1 Aviation's interest in non-disclosure of the APA heavily outweighs the public's interest in access to the APA; and

  It appearing to the Court that there is no objection from Plaintiff as to placing this document under seal; and

It appearing to the Court that A1 Aviation has demonstrated the necessity and propriety of sealing the APA; and

It appearing to the Court that good cause has been shown for the granting of this motion.

NOW, THEREFORE, IT IS ORDERED that Defendant/Counterclaim-Plaintiff, A1 Aviation, LLC's Motion to Seal is GRANTED and the Aircraft Purchase Agreement submitted to the Court will be sealed.

This the 11th day of May, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that this day, I electronically filed the foregoing **ORDER ON DEFENDANT A1 AVIATION LLC'S MOTION TO SEAL** with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the following:

> John P. Marshall, Esq.
> Christopher J. Waivers
> White & Allen, P.A.
> 106 South McLewean Street
> PO Box 3169
> Kinston, NC 28501
> jmarshall@whiteandallen.com
> cwaivers@whiteandallen.com

> Forrest Owens, Esq.
> The Law Office of L. Forrest Owens, P.A.
> DBA Aviation Legal Counsel
> 110 SE 6th Street, 17th Floor
> Fort Lauderdale, FL 33301
> forrest@aviationlegalcounsel.com

This the 5th day of May, 2023.

> CRANFILL SUMNER LLP
>
> BY:     /s/ Mica Worthy
> MICA NGUYEN WORTHY, State Bar No. 38399
> DEVIN L. HONBARGER, State Bar No. 59513
> *Attorneys for Defendant A1 Aviation, LLC*
> Post Office Box 30787
> Charlotte, North Carolina 28230
> Telephone: (704) 940-3405
> Facsimile: (704) 332-9994
> E-mail: mworthy@cshlaw.com
> E-mail: dhonbarger@cshlaw.com