IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:22-CV-151-FL

EXCLUSIVE JETS, LLC,

    Plaintiff,

v.

A1 AVIATION, LLC,

    Defendant.

**ORDER ON DEFENDANT A1 AVIATION LLC'S MOTION TO SEAL**

 THIS CAUSE came before the undersigned upon the Defendant/Counterclaim-Plaintiff, A1 Aviation, LLC's ("A1 Aviation") Motion to Seal pursuant to Local Rule 79.2; and

 It appearing to the Court that A1 Aviation seeks to comply with the Court's Order for Seizure (Doc No. 29) and is seeking prior court approval before transferring ownership interest of the Aircraft at issue; and

 It appearing to the Court that A1 Aviation has entered into a Letter of Intent ("LOI") evidencing a *bona fide* offer to purchase the Aircraft with a third-party buyer that contains a confidentiality clause; and

 It appearing to the Court that the LOI is a business record that contains sensitive business information that if made public could adversely affect A1 Aviation and the third-party buyer; and

 It appearing to the Court that if the LOI was not sealed, A1 Aviation would be forced to breach the LOI and potentially jeopardize the transaction; and

 It appearing to the Court that A1 Aviation's interest in non-disclosure of the LOI heavily outweighs the public's interest in access to the LOI; and

It appearing to the Court that there is no objection from Plaintiff as to placing this document under seal; and

It appearing to the Court that A1 Aviation has demonstrated the necessity and propriety of sealing the LOI; and

It appearing to the Court that good cause has been shown for the granting of this motion.

NOW, THEREFORE, IT IS ORDERED that Defendant/Counterclaim-Plaintiff, A1 Aviation, LLC's Motion to Seal is GRANTED and the Letter of Intent submitted to the Court will be sealed.

This the 8th day of September, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge